IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-289-MEF |
| | ) | (WO) |
| ROSETTA LOLA CANIDATE | ) | |
| DEJARNETTE, *et al.* | ) | |

## **O R D E R**

On March 12, 2008, defendant DeJarnette filed an Unopposed Motion to Continue Trial (Doc. #60) to which none of the co-defendants opposed. While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states the defendant DeJarnette has agreed to confer and to engage in a proffer session. Due to conflicting schedules for counsel and the agents involved, the proffer cannot be scheduled until the week of March 24 at the earliest. The plea deadline for the

April 7 term is March 26. It is unlikely that this defendant's proffer and the analysis of her proffer will both be completed by that date. Counsel for the government does not oppose a continuance. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion filed on March 12, 2008 is GRANTED;

2. That the trial of this case is continued from the April 7, 2008 trial term to the July 28, 2008 trial term in Montgomery, Alabama.

3. That the Magistrate Judge conduct a pretrial conference prior to the July 28, 2008 trial term.

DONE this the 25th day of March, 2008.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE